LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
     11332 Mountain View Ave., Suite C
     Loma Linda, California 92354
     Telephone: (909) 796-4560
     Facsimile:  (909) 796-3402
     E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GARY CULVER, | No.  EDCV 09-1487 RZ |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff shall have and recover from the Government EAJA fees ~~are awarded~~ in the amount of TWO THOUSAND EIGHTY SEVEN DOLLARS AND 91/100   ($2,087.91). ~~subject to the terms of the stipulation.~~

DATE:  September 22, 2010     _____

HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE